DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0159 LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| SHERILYN RENEE HOYE | Judge:  Hon. Lawrence K. Karlton (In Chambers) |
| Defendant. | |

Following a status conference on May 8, 2007, the court granted defendant's unopposed request for a continuance for the purpose of receipt and review of discovery, consideration of investigation and other steps in preparation of the defense in this case.

This case was therefore scheduled for status conference on June 5, 2007 at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between May 8, 2007, and June 5, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: May 11, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT