DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0159 LKK |
| Plaintiff, ) | |
| ) | ORDER SETTING DATES AND EXCLUDING |
| v. ) | TIME |
| ) | |
| SHERILYN RENEE HOYE ) | Judge:  Hon. Lawrence K. Karlton |
| ) | (In Chambers) |
| Defendant. ) | |

Following a status conference on June 5, 2007, the court granted defendant's unopposed request for a continuance for the purpose of further defense preparation and consideration and preparation of pretrial motions.  The following briefing schedule was established:

| | |
|---|---|
| Defendant's Motions to be filed by | June 26, 2007 |
| Government's Opposition to be filed by | July 10, 2007 |
| Defendant's Reply, if any, to be filed by | July 17, 2007 |
| Argument and Setting of further dates, as appropriate | July 24, 2007 |

/ / / /

Time for trial under the Speedy Trial Act is excluded between June 5, 2007, and July 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) &

1 | (B)(iv), Local Code T-4.
2 |   **IT IS SO ORDERED.**
3 |
4 |         By the Court,
5 |
6 | Dated: June 6, 2007
7 |            LAWRENCE K. KARLTON
           SENIOR JUDGE
8 |            UNITED STATES DISTRICT COURT

Order Setting Dates and
Excluding Time         2