```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:07-cr-0159 LKK
                                  )
14              Plaintiff,        )
                                  )  STIPULATION AND ORDER VACATING
15       v.                       )  DATE, CONTINUING CASE AND
                                  )  EXCLUDING TIME
16  SHERILYN RENEE HOYE,          )
                                  )
17              Defendant.        )  Date:  July 24, 2007
                                  )  Time:  9:30 a.m.
18  _____)  Judge: Hon. Lawrence K. Karlton

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the pending
23 motion schedule and the motions hearing date currently scheduled for
24 July 24, 2007, be vacated and the case continued until August 21, 2007,
25 at 9:30 a.m. for further status conference.  This continuance is sought
26 to permit the defense to investigate the circumstances pertinent to one
27 of the charges and present those results to the government in
28 connection with on-going negotiations to resolve the case.  The

government has agreed to consider the anticipated evidence before making a final decision concerning resolution of the case, as well as any determination whether to file an information charging any sentence enhancing priors.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until August 21, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  July 5, 2007          /S/ William S. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Dated:  July 5, 2007          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              SHERILYN RENEE HOYE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: July 5, 2007
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Stipulation & Order                    -2-