1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2

3  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  SHERILYN RENEE HOYE

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA,        )  No. 2:07-cr-0159 LKK
13                                   )
                    Plaintiff,       )
14                                   )  ORDER SETTING DATES AND EXCLUDING
        v.                           )  TIME
15                                   )
   SHERILYN RENEE HOYE               )  Judge:  Hon. Lawrence K. Karlton
16                                   )           (In Chambers)
                    Defendant.       )
17  _____ )

18        Following a status conference on September 11, 2007, the court set

19  a jury trial date of January 29, 2008, at 10:30 a.m., and a trial

20  confirmation date of January 15, 2008, at 9:30 a.m.  The dates are set

21  in consideration of the need for further defense investigation and

22  counsel's unavailability between October 2, 2007, and approximately

23  December 2, 2007, due to a confirmed jury trial setting before the Hon.

24  William B. Shubb.

25  / / / /

26  / / / /

27        Time for trial under the Speedy Trial Act is excluded between

28  September 11, 2007, and January 29, 2008, pursuant to 18 U.S.C. §

1    3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and

2    continuity of counsel.

3         **IT IS SO ORDERED.**

4

                         By the Court,

5

6

Dated: September 12, 2007

7

8                       LAWRENCE K. KARLTON

9                       SENIOR JUDGE

                      UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Setting Dates and Excluding Time     2