DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0159 LKK |
| Plaintiff, | ) | |
| | ) | ORDER SETTING DATES AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| SHERILYN RENEE HOYE | ) | Judge:  Hon. Lawrence K. Karlton |
| | ) | (In Chambers) |
| Defendant. | ) | |

At a court appearance on January 15, 2008, the court vacated the jury trial date of January 29, 2008, at the request of the defense and continued the case until February 12, 2008, for status conference.

Time for trial under the Speedy Trial Act having been excluded until January 29, 2008, by previous order of this court, time is hereby excluded between January 29, 2008, and February 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation).

**IT IS SO ORDERED.**

By the Court,

Dated: January 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT