```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0159 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE AND |
| | ) EXCLUDING TIME |
| SHERILYN RENEE HOYE, | ) |
| | ) |
| Defendant. | ) Date:  February 12, 2008 |
| | ) Time:  9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the pending motion schedule and the motions hearing date currently scheduled for February 12, 2008, be vacated and the case continued until March 11, 2008, at 9:30 a.m. for further status conference.  This continuance is sought to permit further discussion between counsel regarding possible non-trial resolution of the case.  Accommodation to Government counsel's trial schedule and defense counsel's schedule have been

considered in requesting the March 11 date.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until March 11, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  February 8, 2008          /S/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated:  February 8, 2008          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SHERILYN RENEE HOYE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 11, 2008

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation & Order                    -2-