```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0159 LKK |
| Plaintiff, | ) |
| | ) ORDER EXCLUDING TIME |
| v. | ) |
| | ) Judge:  Hon. Lawrence K. Karlton |
| SHERILYN RENEE HOYE | )            (In Chambers) |
| Defendant. | ) |

       Following a status conference on March 11, 2008, the court granted defendant's unopposed request for a continuance for the purpose of further investigation and other steps in preparation of the defense in this case.

       This case was therefore scheduled for status conference on April 8, 2008 at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between March 11, 2008, and April 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: March 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT