```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0159 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE AND<br>) EXCLUDING TIME |
| SHERILYN RENEE HOYE, | ) |
| Defendant. | ) Date: April 8, 2008<br>) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the pending motion schedule and the motions hearing date currently scheduled for April 8, 2008, be vacated and the case continued until April 29, 2008, at 9:30 a.m. for further status conference.  This continuance is sought to permit further discussion between counsel regarding possible non-trial resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until April 29, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: April 7, 2008        /S/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: April 7, 2008        /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
SHERILYN RENEE HOYE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 7, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order        -2-