```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE

 8

 9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:07-cr-0159 LKK
                                 )
14                  Plaintiff,   )
                                 ) STIPULATION AND ORDER VACATING
15       v.                      ) DATE, CONTINUING CASE AND
                                 ) EXCLUDING TIME
16  SHERILYN RENEE HOYE,         )
                                 )
17                  Defendant.   ) Date:  April 29, 2008
                                 ) Time:  9:30 a.m.
18  _____) Judge: Hon. Lawrence K. Karlton

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, Counsel for Defendant, that the pending

23  motion schedule and the motions hearing date currently scheduled for

24  April 29, 2008, be vacated and the case continued until May 28, 2008,

25  at 9:30 a.m. for further status conference.  This continuance is sought

26  to permit further discussion between counsel regarding possible non-

27  trial resolution of the case.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until May 28,
2  2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4,
3  defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated:  April 28, 2008      /S/ William S. Wong
                                         WILLIAM S. WONG
7                                           Assistant U.S. Attorney
                                         Counsel for Plaintiff

9  Dated:  April 28, 2008      /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
10                                          Assistant Federal Defender
                                         Attorney for Defendant
11                                          SHERILYN RENEE HOYE

14                                 **O R D E R**
15     **IT IS SO ORDERED.**
                  By the Court,

18 Dated: April 28, 2008

19                                        LAWRENCE K. KARLTON
20                                          SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT