1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   SHERILYN RENEE HOYE

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,        )   No. 2:07-cr-0159 LKK
10                                    )
                      Plaintiff,      )
11                                    )   ORDER EXCLUDING TIME
          v.                          )
12                                    )   Judge:  Hon. Lawrence K. Karlton
    SHERILYN RENEE HOYE               )                (In Chambers)
13                                    )
                      Defendant.      )
14   _____ )

15          Following a status conference on May 28, 2008, the court

16   granted defendant's unopposed request for a continuance for the purpose

17   of further consultation regarding possible resolution of the case and

18   other steps in preparation of the defense in this case.

19          This case was therefore scheduled for status conference on

20   June 17, 2008 at 9:30 a.m.  Time for trial under the Speedy Trial Act

21   is excluded between May 28, 2008, and June 17, 2008, pursuant to 18

22   U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

23          **IT IS SO ORDERED.**

24
                      By the Court,
25

26
    Dated: May 29, 2008
27

28                                   _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT