```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:07-cr-0159 LKK
                                  )
14                  Plaintiff,    )
                                  )  STIPULATION AND ORDER VACATING
15       v.                       )  DATE, CONTINUING CASE AND
                                  )  EXCLUDING TIME
16  SHERILYN RENEE HOYE,          )
                                  )
17                  Defendant.    )  Date:  June 17, 2008
                                  )  Time:  9:30 a.m.
18  _____)  Judge: Hon. Lawrence K. Karlton

19
```

20      **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference scheduled for June 17, 2008, be vacated and the case
24 continued until July 1, 2008, at 9:30 a.m. for further status
25 conference.  This continuance is sought to permit further discussion
26 between counsel regarding possible non-trial resolution of the case.
27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
28 Trial Act be excluded from the filing of this stipulation until July 1,

2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  June 12, 2008          /S/ William S. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

Dated:  June 12, 2008          /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               SHERILYN RENEE HOYE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: June 13, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order                    -2-