```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SHERILYN RENEE HOYE

 8

 9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   )  No. 2:07-cr-0159 LKK
                                )
14             Plaintiff,       )
                                )  STIPULATION AND ORDER VACATING
15      v.                      )  DATE, CONTINUING CASE AND
                                )  EXCLUDING TIME
16  SHERILYN RENEE HOYE,        )
                                )
17             Defendant.       )  Date:  August 5, 2008
                                )  Time:  9:30 a.m.
18  _____)  Judge: Hon. Lawrence K. Karlton

19
```

20   **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference scheduled for August 5, 2008, be vacated and the case
24 continued until September 9, 2008, at 9:30 a.m. for further status
25 conference.  This continuance is sought to permit continuation of
26 ongoing discussions between counsel and consultation with Ms. Hoye
27 regarding possible non-trial resolution of the case.
28   **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until
2  September 9, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
3  Local Code T-4, defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated:  August 4, 2008      /S/ William S. Wong
                                              WILLIAM S. WONG
7                                                Assistant U.S. Attorney
                                              Counsel for Plaintiff

9  Dated:  August 4, 2008      /S/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
10                                               Assistant Federal Defender
                                              Attorney for Defendant
11                                               SHERILYN RENEE HOYE

13
14                             **O R D E R**
15     **IT IS SO ORDERED.**
                By the Court,

17
18 Dated:  August 4, 2008

19                                               LAWRENCE K. KARLTON
20                                               SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT