DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERILYN RENEE HOYE,<br><br>    Defendant. | No. 2:07-cr-0159 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  September 9, 2008<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for September 9, 2008, be vacated and the case continued until October 7, 2008, at 9:15 a.m. for further status conference. This continuance is sought to permit continuation of ongoing discussions between counsel and consultation with Ms. Hoye regarding possible non-trial resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until October 7, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: September 8, 2008          /S/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated: September 8, 2008          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SHERILYN RENEE HOYE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: September 8, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order                -2-