```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SHERILYN RENEE HOYE
```

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0159 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| SHERILYN RENEE HOYE | ) | (In Chambers) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

15    Following a status conference on October 7, 2008, the court
16 granted defendant's unopposed request for a continuance for completion
17 of preparations in anticipation of a change of plea this case.
18    This case was therefore scheduled for status conference and change
19 of plea on October 28, 2008 at 9:15a.m.  Time for trial under the
20 Speedy Trial Act is excluded between October 7, 2008, and October 28,
21 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
22    **IT IS SO ORDERED.**

                                     By the Court,

Dated: October 8, 2008

                                     /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT