1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
SHERILYN RENEE HOYE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0159 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE AND |
| | ) EXCLUDING TIME |
| SHERILYN RENEE HOYE, | ) |
| Defendant. | ) Date: October 28, 2008 |
| | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 28, 2008, be vacated and the case continued until November 12, 2008, at 9:15 a.m. for further status conference.  This continuance is sought to permit preparation and review of a written plea agreement reflective of an oral understanding reached between counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until

1  November 12, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
2  Local Code T-4, defense preparation.
3      **IT IS SO STIPULATED.**

5  Dated:  October 24, 2008    /S/ William S. Wong
    WILLIAM S. WONG
6      Assistant U.S. Attorney
    Counsel for Plaintiff

8  Dated:  October 24, 2008    /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
9      Assistant Federal Defender
    Attorney for Defendant
10     SHERILYN RENEE HOYE

**O R D E R**

    **IT IS SO ORDERED.**

    By the Court,

Dated: October 24, 2008

    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

Stipulation & Order    -2-