UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-159 LKK

    Plaintiff,

  v.                          O R D E R

SHERILYN HOYE,

    Defendant.
_____/

    Defendant Hoye's motion to reduce the sentence heretofore imposed is DENIED.

    IT IS SO ORDERED.

    DATED: October 28, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1